# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

DARELL POWELL,



FILED

JAN 0 6 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CR 15   006   WHA

DEFENDANT(S).

# INDICTMENT

Title 21 U.S.C. §§ 841(a)(1) and 860 - Distribution of Heroin Within 1,000 Feet of a School

A true bill.

_____
                            Foreman

Filed in open court this _6th_ day of

_January 2015_

_____
Ada Means                   Clerk

Bail, $ **NO BAIL** WARRANT

Jacqueline Scott Corley
United States Magistrate Judge

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Counts One and Two: 21 U.S.C. §§ 841(b)(1) and 860

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of 40 years; Mandatory Minimum Term of Imprisonment of 1 year; Maximum Fine of $2,000,000; Supervised Release Term of 6 years to life; Mandatory Special Assessment of $100; Denial of Federal Benefits

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S
DARELL POWELL

CR 15 006 WHA

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Lloyd Farnham

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3

4  

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CASE NO.
                                     )
15          Plaintiff,               )   VIOLATION:  21 U.S.C. §§ 841(a)(1) and 860 –
                                     )   Distribution of Heroin Within 1,000 Feet of a School
16      v.                           )
                                     )
17  DARELL POWELL,                   )   SAN FRANCISCO VENUE
                                     )
18          Defendant.               )   UNDER SEAL
                                     )
19                                   )

20

21

22                    I N D I C T M E N T

23  The Grand Jury charges:

24  COUNT ONE: (21 U.S.C. §§ 841(a)(1) and 860 – Distribution of Heroin Within 1,000 Feet of a School)

25          On or about November 18, 2014, in the Northern District of California, the defendant,

26                       DARELL POWELL,

27  did knowingly and intentionally possess with intent to distribute and distribute a Schedule I controlled

28  substance, to wit: heroin, and did so within 1,000 feet of the real property comprising the San Francisco

INDICTMENT                           1

1   City Academy, an elementary school in San Francisco, California, in violation of Title 21, United States
2   Code, Sections 841(a)(1) and 860.

3   COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 860 – Distribution of Heroin Within 1,000 Feet of a School)

4         On or about November 19, 2014, in the Northern District of California, the defendant,

5   DARELL POWELL

6   did knowingly and intentionally possess with intent to distribute and distribute a Schedule I controlled
7   substance, to wit: heroin, and did so within 1,000 feet of the real property comprising the San Francisco
8   City Academy, an elementary school in San Francisco, California, in violation of Title 21, United States
9   Code, Sections 841(a)(1) and 860.

10   DATED:                A TRUE BILL.

12   *1/6/15*

13   FOREPERSON

14   MELINDA HAAG
    United States Attorney

17   KEVIN BARRY
18   Chief, General Crimes Section

19   (Approved as to form: _____)
           AUSA Farnham

INDICTMENT           2