1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6973

7 | Facsimile: (415) 436-7027
lloyd.farnham@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )   CASE NO. 15-cr-006 WHA
                                       )
15 |        Plaintiff,                  )
                                       )   **STIPULATION AND [PROPOSED] ORDER
16 |    v.                              )   EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT**
17 | DARELL POWELL,                    )
                                       )
18 |        Defendant.                  )
                                       )
19 |                                   )

20

21

22

23 | On February 17, 2015, defendant Darell Powell appeared before the Court, and that appearance

24 | was the first appearance before this Court. At the hearing, the Court directed the parties to appear on

25 | March 10, 2015, for a further status conference. The parties agree that the defendant's counsel requires

26 | additional time to review the discovery provided by the government and to effectively prepare for trial.

27 | Therefore, the parties agree and jointly request that the time between February 17, 2015 and March 10,

28 | 2015 should be excluded in order to ensure reasonable time necessary for the effective preparation of

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 15-CR-006 WHA

1  counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by
2  granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.
3  DATED: February 17, 2015                             Respectfully Submitted,

                                                       MELINDA HAAG
                                                       United States Attorney


                                                        /s/ Lloyd Farnham
                                                       LLOYD FARNHAM
                                                       Assistant United States Attorney



                                                       OFFICE OF THE FEDERAL
                                                       PUBLIC DEFENDER


                                                        /s/ Geoffrey Hansen
                                                       GEOFFREY HANSEN
                                                       Attorney for Defendant Darell Powell




### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from February 17, 2015, through and including March 10, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.


DATED:  February 18, 2015.                           _____
                                                     HON. WILLIAM ALSUP
                                                     United States District Court Judge


STIPULATION AND PROPOSED ORDER
CASE NO. 15-CR-006 WHA