1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7027
        lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CASE NO. 15-cr-006 WHA
14                                     )
         Plaintiff,                    )
15                                     )   **STIPULATION AND [PROPOSED] ORDER
      v.                               )   EXCLUDING TIME UNDER THE
16                                     )   SPEEDY TRIAL ACT FROM MARCH 10, 2015
   DARELL POWELL,                      )   TO MARCH 31, 2015**
17                                     )
         Defendant.                    )
18                                     )
                                       )
19

20

21

22

23      On March 10, 2015, defendant Darell Powell appeared before the Court, and that appearance was

24 the second appearance before this Court. At the hearing, the Court directed the parties to appear on

25 March 31, 2015, for a further status conference. The parties agree that the defendant's counsel requires

26 additional time to obtain and review additional information that it still pending from the government and

27 to investigate the defendant's criminal history, and that the additional time is necessary for effective

28 preparation. Therefore, the parties agree and jointly request that the time between March 10, 2015 and

STIPULATION AND PROPOSED ORDER
CASE NO. 15-CR-006 WHA

1  March 31, 2015 should be excluded in order to ensure reasonable time necessary for the effective
2  preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of
3  justice served by granting the continuance outweigh the best interest of the public and the defendant in a
4  speedy trial.

5  DATED: March 11, 2015                                    Respectfully Submitted,

6                                                                                  MELINDA HAAG
                                                                                    United States Attorney
7
                                                                                     /s/ Lloyd Farnham
8                                                                                   LLOYD FARNHAM
                                                                                    Assistant United States Attorney
9

10

11                                                                                OFFICE OF THE FEDERAL
                                                                                  PUBLIC DEFENDER
12
                                                                                   /s/ Gabriela Bischof
13                                                                                GABRIELA BISCHOF
                                                                                  Attorney for Defendant Darell Powell
14

15

16
                                                      **[PROPOSED]  ORDER**
17
         For the reasons stated above, the Court finds that the exclusion of time from March 10, 2015,
18
    through and including March 31, 2015, is warranted and that the ends of justice served by the
19
    continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
20
    § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective
21
    preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).
22
         IT IS SO ORDERED.
23

24
    DATED:   March 12, 2015.                                    _____
25                                                              HON. WILLIAM ALSUP
                                                                United States District Court Judge
26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 15-CR-006 WHA