MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7027
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 15-cr-006 WHA |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 31, 2015 TO JUNE 8, 2015** |
| DARELL POWELL, ) | |
| Defendant. ) | |

On March 31, 2015, defendant Darell Powell appeared before the Court, and the Court set this case for trial to begin on June 8, 2015. At the hearing, the Court also directed the parties to appear on June 2, 2015 for a pretrial conference. At the request of the parties, the Court agreed that time would be properly excluded under the Speedy Trial Act between the March 31, 2015 appearance and the trial on June 8, 2015, for the effective preparation of counsel. Therefore, the parties jointly submit this stipulation and proposed order excluding the time between March 31, 2015 and June 8, 2015 in order to

STIPULATION AND PROPOSED ORDER
CASE NO. 15-CR-006 WHA

ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 13, 2015              Respectfully Submitted,

                                   MELINDA HAAG
                                   United States Attorney

                                    /s/ Lloyd Farnham
                                   LLOYD FARNHAM
                                   Assistant United States Attorney


                                   OFFICE OF THE FEDERAL
                                   PUBLIC DEFENDER

                                    /s/ Gabriela Bischof
                                   GABRIELA BISCHOF
                                   Attorney for Defendant Darell Powell


### [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from March 31, 2015, through and including June 8, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:   April 21, 2015.            _____
                                   HON. WILLIAM ALSUP
                                   United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 15-CR-006 WHA